THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EDWARD PERSONS, Appellant.

*Crimes — murder — judgment of conviction of murder in first degree
affirmed.*

(Argued October 17, 1921;  decided November 22, 1921.)

APPEAL from a judgment of the Supreme Court,
rendered December 23, 1920, at a Trial Term for the
county of Chautauqua, upon a verdict convicting the
defendant of the crime of murder in the first degree.

*Lee L. Ottaway* and *Frank H. Mott* for appellant.
*William S. Stearns, District Attorney,* for respondent.

Judgment of conviction affirmed;  no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.